| | |
|---|---|
| 1 | ALEX G. TSE (CABN 152348) |
| | Acting United States Attorney |
| 2 | SARA WINSLOW (DCBN 457643) |
| | Chief, Civil Division |
| 3 | CLAIRE T. CORMIER (CABN 154364) |
| 4 | Assistant United States Attorney |

ALEX G. TSE (CABN 152348)
Acting United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
CLAIRE T. CORMIER (CABN 154364)
Assistant United States Attorney
    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5082
    FAX: (408) 535-5081
    claire.cormier@usdoj.gov

Attorneys for Defendant
United States Postal Service

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| DOUGLAS F. CARLSON, | CASE NO. CV 17-6753 KAW |
|     Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE |
|     v. | |
| UNITED STATES POSTAL SERVICE, | |
|     Defendant. | |

This case had its initial case management conference on February 20, 2018. The case was referred to Magistrate Judge Donna M. Ryu for a settlement conference, and a further case management conference was scheduled for July 17, 2018.

The parties participated in an in-person settlement conference with Judge Ryu on June 4, 2018 and a telephonic settlement conference on June 25, 2018. A further telephonic settlement conference is scheduled for July 19, 2018.

To allow for these settlement discussions to take place before the further case management conference, plaintiff Douglas Carlson and defendant United States Postal Service HEREBY STIPULATE AND REQUEST that the further case management conference be continued to August 14, 2018, with case management statements due by August 7, 2018.

STIPULATION AND [PROPOSED] ORDER CONTINUING CMC
CASE NO. CV 17-6753 KAW

| | |
|---|---|
| 1 | IT IS SO STIPULATED. |
| 2 | Respectfully submitted, |

IT IS SO STIPULATED.

Respectfully submitted,

Dated: June 25, 2018

/s/
_____
DOUGLAS F. CARLSON
Plaintiff

ALEX G. TSE
ACTING UNITED STATES ATTORNEY

Dated: June 25, 2018

By: /s/
_____
CLAIRE T. CORMIER[1]
Assistant U.S. Attorney

**[PROPOSED] ORDER**

IT IS SO ORDERED.

Dated: June 25 , 2018

_____
KANDIS A. WESTMORE
United States Magistrate Judge

---

[1] I, Claire T. Cormier, hereby attest that I have been authorized to submit the electronic signatures indicated by a "conformed" signature (/s/) within this e-filed document.

STIPULATION AND [PROPOSED] ORDER CONTINUING CMC
CASE NO. CV 17-6753 KAW